# FEDERAL PUBLIC DEFENDER

WESTERN DISTRICT OF TEXAS

**MAUREEN SCOTT FRANCO**
FEDERAL PUBLIC DEFENDER

JUDY F. MADEWELL
FIRST ASSISTANT

———

REGINALDO TREJO, JR.
EDGAR HOLGUIN
*EL PASO*
SUPERVISORY ASSISTANTS

RICHARD C. WHITE FEDERAL BUILDING
700 E. SAN ANTONIO AVENUE, SUITE D-401
EL PASO, TEXAS 79901-7020

TELEPHONE
(915) 534-6525
TOLL FREE
(855) 666-1510
FACSIMILE
(915) 534-6534
———
SAN ANTONIO
AUSTIN
ALPINE
DEL RIO
MIDLAND
PECOS
WACO

September 5, 2025

## NOTICE OF CO-COUNSEL

U.S. District Clerk
U.S. Courthouse
525 Magoffin Avenue
El Paso, TX 79901

**RE: Assignment of Defense Co-Counsel In
USA vs. Marco Antonio Pasten-Tapia
Cause No.: EP-25-M-5727-ATB**

Dear Sir/Madam:

    Please **ADD** Assistant Federal Public Defender, Shane McMahon as co-counsel to the above-referenced case which is assigned to Assistant Federal Public Defender, Erik Hanshew.

                Very truly yours,

                MAUREEN SCOTT FRANCO
                Federal Public Defender

                /s/

                SHANE MCMAHON
                Assistant Federal Public Defender

SM:sad